

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| JAVIER GONZALEZ, | § | No. 08-19-00062-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D04716) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **July 25, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Joe A. Spencer, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before July 25, 2019.

IT IS SO ORDERED this 1st day of July, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.